UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01425-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRADFORD H. SOLINSKY,

    Defendant,

      and

B.O.S. ELECTRIC,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this  16th  day of   July  , 2010.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  UNITED STATES DISTRICT JUDGE